# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

144170 & (75)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LAMAR EUGENE CLARK,
      Defendant-Appellant.

SC: 144170
COA: 296779
Wayne CC: 08-019004-FC

_____/

On order of the Court, the application for leave to appeal the August 18, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

t0416